LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Meagan S. Tom (SBN 273489)
meagan.tom@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendants
U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust and Caliber Home Loans, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>EDUARDO ENRIQUE VALLEJO,<br><br>                Debtor.<br>EDUARDO ENRIQUE VALLEJO,<br><br>                Plaintiff,<br>v.<br><br>U.S. BANK TRUST, N.A., et al.,<br><br>                Defendants. | CASE NO.: 2:19-bk-21271-SK<br>Adversary No.: 2:20-ap-01648-SK<br><br>Chapter 13<br><br>**ORDER DENYING PLAINTIFF EDUARDO ENRIQUE VALLEJO'S MOTION TO STAY THE ADVERSARY PROCEEDING**<br><br>Date: February 24, 2021<br>Time: 9:00 a.m.<br>Ctrm: 1575 |

Plaintiff Eduardo Enrique Vallejo's ("Plaintiff") Motion to Stay the Adversary Proceeding (Dkt. 78) came on for hearing on February 24, 2021 at 9:00 a.m. Plaintiff appeared *pro se*. Meagan S. Tom of Locke Lord LLP appeared on behalf of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("LSF9 Trust") and Caliber Home Loans, Inc. ("Caliber"). Cathy K. Robinson appeared on behalf of Select Portfolio Servicing, Inc. ("SPS") and CSMC 2019-RPL10 Trust. ("CSMC").

The Court, having considered the papers filed by the parties, the arguments at hearing,

1

the pleadings on file with the Court, and for the reasons set forth on the record, the Court ruled as follows:

1. Plaintiff's Motion to Stay the Adversary Proceedings is DENIED.
2. The LSF9 Trust and Caliber were to prepare and lodge an order.

# # #